(May 18, 1977)

BETTY O. MUKA, Appellant, v DE FOREST HEFFRON, as President of the Ithaca Teachers Association, et al., Respondents.—Motion to dismiss appeal as untimely taken denied, without costs. Appellant's notice of appeal was timely filed on January 17, 1977 (cf. *Sweeney v City of New York,* 225 NY 271, 275; *Matter of Keough [Amter],* 179 Misc 1). Koreman, P. J., Greenblott, Kane, Mahoney and Herlihy, JJ., concur.